1 THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
2 By: Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
3 1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
4 Telephone: (661) 868-3818

5 Attorneys for Defendant
 COUNTY OF KERN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINNY LYNN PEARCE, | CASE NO. 1:11-CV-00604-AWI GSA |
| Plaintiffs, | STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER |
| v. | |
| COUNTY OF KERN, ANTHONY MICHAEL LAVIS, | |
| Defendants. | |

Counsel for all parties, Charles Chapman, Rodriguez and Associates, for plaintiff, Oliver Robinson of Robinson and Kellar, for Defendant Anthony Michael Lavis, and Mark L. Nations, Chief Deputy County Counsel, for defendant County of Kern, hereby stipulate that the Court may enter an order continuing the Mandatory Scheduling Conference presently set for October 4, 2011, to November 9, 2011, at 10:00 a.m. in the above

///
///
///
///
///
///

1

Pearce - Stipulation to Continue Scheduling Conference

1  entitled court. The parties believe that it will be beneficial to all parties and to the Court to
2  continue the scheduling conference.

3  Dated: September 27, 2011                THERESA A. GOLDNER, COUNTY COUNSEL

4
                                            By:  / s / Mark L. Nations
5                                                Mark L. Nations, Chief Deputy
                                                 Attorneys for Defendant County of Kern
6

7  Dated: September 27, 2011                ROBINSON KELLAR

8
                                            By   / s / Oliver U. Robinson
9                                                Oliver U. Robinson
                                                 Attorney for Defendant Anthony Lavis
10

11 Dated: September ____, 2011              RODRIGUEZ AND ASSOCIATES

12
                                            By:  / s / Charles Chapman
13                                               Charles Chapman
                                                 Attorneys for Plaintiff Jinny Lynn Pearce
14

15                                    **ORDER**

16     The Court having read the foregoing Stipulation and good cause appearing
17 therefore, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference in this
18 matter currently scheduled for October 4, 2011, is hereby continued to November 9, 2011,
19 at 10:00 a.m. in the United States District Court. The parties shall submit their Joint
20 Scheduling Report one week prior to the conference.

21
22
23
24
25
26
27     IT IS SO ORDERED.

28     Dated:  **September 28, 2011**                /s/ **Gary S. Austin**

                                         2

Pearce - Stipulation to Continue Scheduling Conference

| | |
|---|---|
| 1 | UNITED STATES MAGISTRATE JUDGE |