DANIEL RODRIGUEZ, ESQ., SBN 96625
JOHN A. KAWAI, ESQ., SBN 260120
MARTHA ROSSITER, ESQ., SBN 256234
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA 93301
Tel. No.: (661) 323-1400
Fax No.: (661) 323-0132

Attorneys for Plaintiff JINNY LYNN PEARCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINNY LYNN PEARCE,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF KERN, ANTHONY MICHAEL LAVIS, and DOES 1 to 100, inclusive,<br><br>  Defendants. | **New Case No. 1:11-cv-0604 AWI-GSA**<br>Old Case No.: 1:11-CV-00604-OWW-SKO<br><br>**STIPULATION OF THE PARTIES TO AMEND THE SCHEDULING ORDER; ORDER THEREON**<br><br>**Complaint Filed: 04/12/11**<br>**Trial Date:       04/30/13** |

///

///

## **STIPULATION**

Undersigned counsel for Plaintiff, JINNY LYNN PEARCE, and undersigned counsel for Defendants, COUNTY OF KERN and ANTHONY MICHAEL LAVIS, all of

the parties who have appeared and remain in this action, hereby stipulate and agree as follows:

## **RECITALS**

Whereas:

1. The currently scheduled deadlines and dates in this action are as follows:

| | |
|---|---|
| August 31, 2012 | Non-Expert Discovery Cut-Off |
| September 14, 2012 | Expert Disclosure |
| September 28, 2012 | Supplemental Expert Disclosure |
| October 31, 2012 | Expert Discovery Cut-Off |
| November 30, 2012 | Non-Dispositive Pre-Trial Motions *(if any, to be filed by)* |
| December 21, 2012 | Dispositive Pre-Trial Motions *(if any, to be filed by)* |
| March 14, 2013 | Pre-Trial Conference |
| April 30, 2013 | Trial |

2. Undersigned counsel stipulate and agree that the Court should enter an Order amending the scheduling order in this case, such that:

   a. The parties COMPLETE all DISCOVERY pertaining to NON-EXPERTS on or before **October 30, 2012.**

   b. The parties are directed to DISCLOSE all EXPERT WITNESSES, in writing, on or before **November 13, 2012.**

c. The parties also shall DISCLOSE all SUPPLEMENTAL EXPERTS on or before **November 27, 2012.**

d. The parties are directed to COMPLETE all EXPERT DISCOVERY on or before **December 31, 2012.**

e. All NON-DISPOSITIVE PRE-TRIAL MOTIONS, including any discovery motions, shall be FILED no later than **January 29, 2013** and will be heard in Courtroom _____ before Magistrate Judge Gary Austin.

f. All DISPOSITIVE PRE-TRIAL MOTIONS shall be filed no later than **February 19, 2013** and will be heard in Courtroom _____ before the Honorable Anthony W. Ishii, Chief United States District Court Judge.

g. The **PRE-TRIAL CONFERENCE** will be held on **May 13, 2013**, at _____ **a.m.** in Courtroom _____.

h. The **TRIAL** will be held on **June 28, 2013**, at _____ **a.m.** in Courtroom _____ before the Honorable Anthony W. Ishii, Chief United States District Court Judge.

3. The parties so stipulate because:

   (a) The calendars of counsel do not allow for the depositions to be taken at the times scheduled prior to the current non-expert discovery cut-off date;

   (b) Certain witnesses have left the employ of the defendant, County of Kern, and have yet to be located and served;

   (c) This is the first request by counsel to extend or amend the dates pertaining to this action;

   (d) As the current trial date of April 30, 2013, would not allow sufficient time to conduct discovery, prepare and take the necessary depositions, or

discovery that may arise from those depositions, the parties are agreeing to stipulate to a sixty (60) day continuance.

Dated: _____, 2012               RODRIGUEZ & ASSOCIATES

By: /s/ Martha Rossiter
DANIEL RODRIGUEZ, ESQ.
JOHN A. KAWAI, ESQ.
MARTHA ROSSITER, ESQ.
Attorneys for Plaintiffs
JINNY LYNN PEARCE

Dated: _____, 2012               COUNTY COUNSEL

By: /s/ Mark Nations
MARK NATIONS, ESQ.
Attorney for Defendant
COUNTY OF KERN

Dated: _____, 2012               ROBINSON & KELLER

By: /s/ Oliver Robinson
OLIVER U. ROBINSON, ESQ.
Attorney for Defendant
ANTHONY MICHAEL LAVIS

# ORDER

THE PARTIES HAVING STIPULATED, IT IS HEREBY ORDERED THAT:

1. The parties COMPLETE all DISCOVERY pertaining to NON-EXPERTS on or before **October 30, 2012.**

2. The parties are directed to DISCLOSE all EXPERT WITNESSES, in writing, on or before **November 13, 2012.**

3. The parties also shall DISCLOSE all SUPPLEMENTAL EXPERTS on or before **November 27, 2012.**

4. The parties are directed to COMPLETE all EXPERT DISCOVERY on or before **December 30, 2012.**

5. All NON-DISPOSITIVE PRE-TRIAL MOTIONS, including any discovery motions, shall be FILED no later than **January 29, 2013**

6. All DISPOSITIVE PRE-TRIAL MOTIONS shall be filed no later than **March 15, 2013**

7. The parties are advised that they are responsible for placing any motions filed on the appropriate Judge's calendar for hearing.

8. The **PRE-TRIAL CONFERENCE** will be held on **May 16, 2013**, **at 8:30 a.m.** in Courtroom 2.

9. The **TRIAL** will be held on **June 25, 2013**, **at 8:30 a.m.** in Courtroom 2 before the Honorable Anthony W. Ishii, Chief United States District Court Judge.

IT IS SO ORDERED.

Dated:   **August 29, 2012**              **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION OF THE PARTIES TO AMEND THE SCHEDULING ORDER; ORDER THEREON