DANIEL RODRIGUEZ, ESQ., SBN 96625
JOHN A. KAWAI, ESQ., SBN 260120
MARTHA JUNE ROSSITER, ESQ., SBN 256234
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
Tel. No.: (661) 323-1400
Fax No.: (661) 323-0132

Attorneys for Plaintiff JINNY LYNN PEARCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINNY LYNN PEARCE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF KERN, ANTHONY MICHAEL LAVIS, and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 1:11-cv-0604 AWI-GSA<br><br>**PROTECTIVE ORDER RE DOCUMENTS RELEASED BY DEFENDANTS PURSUANT TO FRCP 26(A)(1)(A) OR THROUGH DISCOVERY**<br><br>**Complaint Filed:  04/12/11**<br>**Trial Date:        6/28/13** |

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Any documents from the personnel file of any peace officer, including Anthony Lavis, and all DVDs and CDs and any transcripts of interviews of third party witnesses released by Defendant County of Kern pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) as part of Defendant's initial disclosure or through discovery shall be subject to the following orders:

   a. The records shall not be copied or disseminated outside of any attorney's office except for review by retained experts or a party to the action;

   b. The only persons who shall be authorized to view the records will be the attorneys, the attorneys' office staff, retained experts and parties to the action;

   c. The records shall not be provided to the news media directly or indirectly in any form;

   d. The records shall only be utilized in connection with this litigation and for no other purpose;

   e. If a party intends to introduce into evidence any confidential information at trial or motions, that party shall notify the Court in the joint pretrial/prehearing conference statement of this intention and shall seek an order related to the introduction of this evidence at trial;

   f. Except as to those modifications made by the Court, this stipulation may be modified or amended without leave of Court by unanimous written agreement of the parties hereto.

2. Any person or persons violating this order shall be subject to sanctions.

IT IS SO ORDERED.

Dated: **September 25, 2012**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE