THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By: Mark L. Nations, Chief Deputy (Bar # 101838)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800
Fax: (661) 868-3805

Attorneys for Defendant
 COUNTY OF KERN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINNY LYNN PEARCE,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, ANTHONY MICHAEL LAVIS, and DOES 1 to 100, inclusive<br><br>         Defendants. | Case No. 1:11-CV-00604-AWI GSA<br><br>STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY CUTOFF |

The parties herein, by and through their respective counsel, hereby agree and stipulate as follows:

1. On November 26, 2012, Defendant County of Kern served a Notice of Taking Deposition of Plaintiff's Expert setting the deposition for December 10, 2012.

2. Plaintiff's expert witness is unavailable on December 10, 2012.

3. Due to the calendar conflicts of counsel, the expert's availability, and the upcoming holidays the parties have been unable to coordinate another date for the deposition prior to the existing expert discovery cutoff.

4. The deposition of Plaintiff's expert is now scheduled for January 10, 2013.

THERFORE THE PARTIES AGREE AND STIPULATE to continue the expert discovery cutoff date of December 28, 2012, for the sole purpose of taking the

deposition of plaintiff's expert on January 10, 2013.

The parties herein agree this stipulation may be signed in counterpart.

Dated: December 10, 2012          THERESA A. GOLDNER, COUNTY COUNSEL

                                  By:   /s/ Mark L. Nations
                                        Mark L. Nations, Chief Deputy
                                        Attorneys for Defendant County of Kern

Dated:  December 10, 2012         ROBINSON KELLAR

                                  By:   /s/ Oliver U. Robinson
                                        Oliver U. Robinson
                                        Attorney for Defendant Anthony Lavis

Dated: December 10, 2012          RODRIGUEZ AND ASSOCIATES

                                  By:   /s/ Martha Rossiter
                                        Martha Rossiter
                                        Attorneys for Plaintiff Jinny Lynn Pearce

## ORDER

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Expert Discovery Cutoff in this matter currently set for December 28, 2012, is hereby continued to January 10, 2013 for the sole purpose of deposing plaintiff's expert witness.

IT IS SO ORDERED.

Dated:  **December 13, 2012**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE