THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By: Mark L. Nations, Chief Deputy (Bar # 101838)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800
Fax: (661) 868-3805

Attorneys for Defendant
 COUNTY OF KERN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINNY LYNN PEARCE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, ANTHONY MICHAEL LAVIS, and DOES 1 to 100, inclusive<br><br>    Defendants. | Case No. 1:11-CV-00604-AWI GSA<br><br>SECOND STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF |

The parties herein, by and through their respective counsel, hereby agree and stipulate as follows:

1.   On November 26, 2012, Defendant County of Kern served a Notice of Taking Deposition of Plaintiff's Expert setting the deposition for December 10, 2012.

2.   Plaintiff's expert witness was unavailable on December 10, 2012.

3.   Due to the calendar conflicts of counsel, the expert's availability, and the holidays the parties were unable to coordinate another date for the deposition prior to the expert discovery cutoff of December 28, 2012.

4.   On December 10, 2012, the parties stipulated to extend expert discovery cutoff to January 10, 2012, for the sole purpose of taking the deposition of Plaintiff's expert.

5. On January 4, 2012, Plaintiff's attorney informed Defendants that the expert was unavailable for deposition on January 10, 2013, because he has been called to testify in a court proceeding.

6. The parties have now agreed to take the deposition of Plaintiff's expert on January 22, 2013.

THERFORE THE PARTIES AGREE AND STIPULATE to continue the expert discovery cutoff date of December 28, 2012, previously extended to January 10, 2013, to January 22, 2013, for the sole purposes of deposing Plaintiff's expert.

The parties herein agree this stipulation may be signed in counterpart.

Dated: January  7 , 2013        THERESA A. GOLDNER, COUNTY COUNSEL

                                By:  / s / Mark L. Nations_____
                                    Mark L. Nations, Chief Deputy
                                    Attorneys for Defendant County of Kern

Dated: January  7 , 2013        ROBINSON KELLAR

                                By:  / s / Oliver Robinson_____
                                    Oliver U. Robinson
                                    Attorney for Defendant Anthony Lavis

Dated: January  7 , 2013        RODRIGUEZ AND ASSOCIATES

                                By:  / s / Martha Rossiter_____
                                    Martha Rossiter
                                    Attorneys for Plaintiff Jinny Lynn Pearce

1
2                                                ORDER
3         The Court, having read the foregoing Stipulation and good cause appearing
4  therefore, HEREBY ORDERS that the Expert Discovery Cutoff in this matter be
5  continued to January 22, 2013, for the sole purpose of deposing Plaintiff's expert
6  witness.
7
8
9
10 IT IS SO ORDERED.
11     Dated:   **January 10, 2013**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28