THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By: Mark L. Nations, Chief Deputy (Bar # 101838)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800
Fax: (661) 868-3805

Attorneys for Defendant
 COUNTY OF KERN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINNY LYNN PEARCE, | Case No. 1:11-CV-00604-AWI GSA |
| Plaintiff, | STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF |
| v. | |
| COUNTY OF KERN, ANTHONY MICHAEL LAVIS, and DOES 1 to 100, inclusive | |
| Defendants. | |

The parties herein, by and through their respective counsel, hereby agree and stipulate as follows:

1.   On November 26, 2012, Defendant County of Kern served a Notice of Taking Deposition of Plaintiff's Expert setting the deposition for December 10, 2012.

2.   Plaintiff's expert witness was unavailable on December 10, 2012.

3.   Due to the calendar conflicts of counsel, the expert's availability, and the holidays the parties were unable to coordinate another date for the deposition prior to the expert discovery cutoff of December 28, 2012.

4.   On December 10, 2012, the parties stipulated to extend expert discovery cutoff to January 10, 2013, for the sole purpose of taking the deposition of Plaintiff's expert.

5. On January 4, 2013, Plaintiff's attorney informed Defendants that the expert was unavailable for deposition on January 10, 2013, because he had been called to testify in a court proceeding.

6. The parties agreed to take the deposition of Plaintiff's expert on January 22, 2013. Due to the expert's unavailability (he was testifying in a trial), the deposition was moved at the last minute to January 23, 2013.

7. On January 23, 2013, the deposition of Roger Clark, Plaintiff's expert, was unable to go forward as documentation needed for the deposition was unavailable.

8. The parties and the expert are now available and agree to take the expert's deposition on March 4, 2013.

9. No other pending dates in this matter need to be moved at this time.

THERFORE THE PARTIES AGREE AND STIPULATE to continue the expert discovery cutoff date of December 28, 2012, previously extended to January 10, 2013, and January 22, 2013, to March 4, 2013 for the sole purpose of deposing Plaintiff's expert. All other dates remain as currently calendared.

The parties herein agree this stipulation may be signed in counterpart.

Dated: January 31, 2013            THERESA A. GOLDNER, COUNTY COUNSEL

                                   By: **/ s / Mark L. Nations**
                                       Mark L. Nations, Chief Deputy
                                       Attorneys for Defendant County of Kern

Dated: January 31, 2013            ROBINSON KELLAR

                                   By: **/ s / Oliver U. Robinson**
                                       Oliver U. Robinson
                                       Attorney for Defendant Anthony Lavis

Dated: February 1, 2013            RODRIGUEZ AND ASSOCIATES

                                   By: **/ s / Martha Rossiter**
                                       Martha Rossiter
                                       Attorneys for Plaintiff Jinny Lynn Pearce

2
Stipulation and Order Continuing Expert Discovery Cutoff

ORDER

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Expert Discovery Cutoff in this matter is hereby continued to March 4, 2013 for the sole purpose of deposing Plaintiff's expert witness. All other dates pending in this matter remain as currently calendared.

#20U8120.DOC

IT IS SO ORDERED.

Dated:   **February 4, 2013**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE