DANIEL RODRIGUEZ, ESQ., SBN 96625
JOHN A. KAWAI, ESQ., SBN 260120
MARTHA ROSSITER, ESQ., SBN 256234
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
Tel. No.: (661) 323-1400
Fax No.: (661) 323-0132

Attorneys for Plaintiff JINNY LYNN PEARCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINNY LYNN PEARCE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KERN, ANTHONY MICHAEL LAVIS, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | **New Case No. 1:11-cv-00604 AWI-GSA**<br>Old Case No.: 1:11-CV-00604-OWW-SKO<br><br>**STIPULATION OF DISMISSAL and ORDER**<br><br><br><br><br><br>**Complaint: 4/12/11**<br>**Trial: 6/25/13** |

　　IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice.

Dated: April 5, 2013         RODRIGUEZ & ASSOCIATES

By: /s/ Martha Rossiter
MARTHA ROSSITER, ESQ.
Attorney for Plaintiff
JINNY LYNN PEARCE

Dated: April 5, 2013         COUNTY COUNSEL

By: /s/ Mark Nations
MARK NATIONS, ESQ.
Attorney for Defendant
COUNTY OF KERN

Dated: April 5, 2013         ROBINSON & KELLER

By: /s/ Oliver Robinson
OLIVER U. ROBINSON, ESQ.
Attorney for Defendant
ANTHONY MICHAEL LAVIS

**ORDER**

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: April 8, 2013         _____
SENIOR DISTRICT JUDGE