DANIEL RODRIGUEZ, ESQ., SBN 96625
JOHN A. KAWAI, ESQ., SBN 260120
MARTHA ROSSITER, ESQ., SBN 256234
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
Tel. No.: (661) 323-1400
Fax No.: (661) 323-0132

Attorneys for Plaintiff JINNY LYNN PEARCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINNY LYNN PEARCE, | ) **New Case No. 1:11-cv-00604 AWI-GSA** |
| | ) Old Case No.: 1:11-CV-00604-OWW- |
| Plaintiff, | ) SKO |
| | ) |
| vs. | ) **STIPULATION OF DISMISSAL and** |
| | ) **ORDER** |
| COUNTY OF KERN, ANTHONY | ) |
| MICHAEL LAVIS, and DOES 1 to 100, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) **Complaint: 4/12/11** |
| | ) **Trial: 6/25/13** |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice.

1    Dated:  April 5,     2013                    RODRIGUEZ & ASSOCIATES

2

3                                        By:   /s/ Martha Rossiter
4                                              MARTHA ROSSITER, ESQ.
                                               Attorney for Plaintiff
5                                              JINNY LYNN PEARCE

6

7

8    Dated:  April 5,     2013                    COUNTY COUNSEL

9

10                                       By:   /s/ Mark Nations
11                                             MARK NATIONS, ESQ.
                                               Attorney for Defendant
12                                             COUNTY OF KERN

13

14

15   Dated:  April 5,     2013                    ROBINSON & KELLER

16

17                                       By:   /s/ Oliver Robinson
18                                             OLIVER U. ROBINSON, ESQ.
                                               Attorney for Defendant
19                                             ANTHONY MICHAEL LAVIS

20                                **ORDER**

21        The Stipulation of the parties having been read and considered by the Court, and

22   good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed

23   in its entirety with prejudice.

24

25

26   IT IS SO ORDERED.

27   Dated:   April 8, 2013   _____
                                SENIOR  DISTRICT  JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28